JACK WILLIAMS, PLAINTIFF-RESPONDENT, v. RUSSELL HARRIOTT, DEFENDANT-APPELLANT.

Submitted May 31, 1935—Decided October 9, 1935.

For the appellant, *Messrs. Collins & Corbin.*

For the respondent, *Nathan Rabinowitz.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 13.

*For reversal*—None.